# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 23-CV-22521

Plaintiff:
**BENAISA MANNING**

vs.

Defendant:
**NCL (BAHAMAS) LTD d/b/a NORWEGIAN CRUISE LINES**

For:
Philip Gerson
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, FL 33145

Received by DLE Process Servers, Inc on the 19th day of September, 2023 at 12:40 pm to be served on **Ncl (Bahamas) Ltd D/B/A Norwegian Cruise Lines c/o R.A: Farkas Daniel S., Esq., 7665 Corporate Center Drive, Miami, FL 33126**

I, Antonio Samalea, do hereby affirm that on the **20th day of September, 2023** at **2:05 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action; Complaint and Demand For Jury Trial.** with the date and hour of service endorsed thereon by me, to: **Johana Iaev** as **Employee Authorized** for **Ncl (Bahamas) Ltd D/B/A Norwegian Cruise Lines**, at the address of: **7665 Corporate Center Drive, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

_____
**Antonio Samalea**
ID 3780

**DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705**

Our Job Serial Number: DLE-2023046603

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2t